# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BEVERLY BROSIUS,**

        **Plaintiff,**

**v.**                                            Case No: 6:20-cv-1136-Orl-22DCI

**THE HOME DEPOT INC. and TRICAM INDUSTRIES, INC.,**

        **Defendants.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Beverly Brosius v. The Home Depot, Inc. and Tricam Industies, Inc., Case No. 20-A-1235, filed on state court, Georgia, Cobb County, on 4/3/20 and voluntarily dismissed on 5/11/20, as filed in error. The court closed the case the same day.

_____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:   July 9, 2020

/s/ Joshua D. Moore

**JOSHUA D. MOORE, ESQ.**
Florida Bar No.: 0041680
Morgan & Morgan, P.A.
20 North Orange Avenue, 14th Floor
Orlando, FL 32802-4979
Telephone Phone: (407) 420-1414
*Attorney for Plaintiff Beverly Brosius*