**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| BEVERLY BROSIUS, | CASE NO.: 6:20-cv-1136 |
| Plaintiff, | |
| v. | **PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES UNDER RULE 26(a)(2)(B)** |
| HOME DEPOT U.S.A., INC. and TRICAM INDUSTRIES, INC., | |
| Defendants. | |

Pursuant to the current Case Management Report in the above captioned matter, and Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby identifies the following individuals as her proposed expert witness:

1.   **John S. Morse, PE**
     **18 Pullman Street**
     **Brocton, NY 14716**
     **(479) 233-9785**
     **Jmorse-pe@sbcglobal.net**

The above expert witness will offer opinions and testimony on the design, manufacture, production, distribution, and sale of the subject Gorilla Ladders step stool and the respective component parts of the same, including opinions and testimony with respect to defects present in these items. The above expert witness will also offer opinions and testimony about the cause of Plaintiff's injuries and damages at issue in this case and Defendants' liability for Plaintiff's injuries and damages. The above expert witness will also offer opinions and testimony about available and feasible alternative designs that would have prevented or mitigated Plaintiff's injuries and damages. A complete report of all opinions held by the above expert witness to date,

1

the basis and reasons for each opinion, the facts and data considered, any exhibits that will be used and the expert's Rule 26 materials have been provided to Defendants.

Plaintiff reserves the right to amend or supplement this Identification of Expert Witnesses as permitted by applicable Federal and/or Local Rules of Civil Procedure for the Middle District of Florida.

Dated: November 11, 2020

*/s/Joshua D. Moore*
Joshua D. Moore
Florida Bar No.: 0041680
Morgan & Morgan, P.A.
20 North Orange Avenue, 14th Floor
Orlando, FL 32802-4979
Telephone Phone:  (407) 420-1414
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

We hereby certify that on November 11, 2020, 2020, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List *via* transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

*/s/Joshua D. Moore*
Joshua D. Moore
Florida Bar No.: 0041680
Morgan & Morgan, P.A.
20 North Orange Avenue, 14th Floor
Orlando, FL 32802-4979
Telephone Phone:  (407) 420-1414
*Attorneys for Plaintiff*

## SERVICE LIST

*Beverly Brosius v. Tricam Industries, Inc.*
CASE NO: 6:20-cv-1136
United States District Court, Middle District of Florida

**Jeffery A. Mowers, Esquire**
LEWIS BRISBOIS BISGAARD & SMITH LLP
Attorneys for Defendants
110 S.E. 6th Street
Suite 2600
Fort Lauderdale, FL 33301
Emails for Service: Jeffrey.mowers@lewisbrisbois.com

4